# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-5160

———————————————

Demetrius Augustus Cobb,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

June 19, 2019

Per Curiam.

Affirmed.

B.L. Thomas, C.J., and Winokur and Winsor, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Demetrius Augustus Cobb, pro se, Appellant.

Ashley Moody, Attorney General, for Appellee.